W. H. EBSARY, *Plaintiff in Error*, v. ELIZABETH KEY, *Defendant in Error*.

Decision Filed February 12, 1924.

This case was decided by Division B.

An Appeal from the Circuit Court for Dade County; H. Pierre Branning, Judge.

*Price & Price*, for Appellant;

*G. A. Worley & Son*, for Appellee.

PER CURIAM.—Upon consideration of the whole record in this case and in view of the amount awarded as damages a new trial should be awarded.

Reversed.

WHITFIELD, P. J. and WEST and TERRELL, J. J. concur.